FRANK T. STAPLES et al., as Ancillary Executors of JOHN
  S. MEAD, Deceased, Appellants and Respondents, *v.*
  SARAH F. MEAD et al., Individually and as Surviving
  Executrices and Trustees under the Will of JOHN J.
  STUDWELL, Deceased, Defendants, and FRANCES S.
  MEAD et al., Respondents and Appellants.

*Staples* v. *Mead*, 159 App. Div. 922, affirmed.
(Argued January 19, 1915; decided February 5, 1915.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 19, 1914, which affirmed a judgment of Special Term construing the will of John J. Studwell, deceased, and settling the accounts of the trustees thereunder.

*Granville Whittlesey* and *Walter Gordon Merritt* for plaintiffs, appellants and respondents.

*Richard T. Greene* and *William Howell Orr* for Frances S. Mead et al., defendants, respondents and appellants.

*Frederick H. Chase* for Theodore S. Smith et al., defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.